UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
DAISY SALINAS

CASE NO. 10-33329-BKC- 291874

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami

AUG 2 6 2011

FILED_____ RECEIVED_____

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 194.44 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

AUG 2 5 2011

Date: _____

_____
NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

DAISY SALINAS  
27040 SW 199 CT  
HOMESTEAD, FL 33032

AUBREY G. RUDD, ESQUIRE  
2100 CORAL WAY, SUITE 602  
MIAMI, FL 33145

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                      CASE NO.   10-33329-BKC-
DAISY SALINAS


                                            CHAPTER 13


DAISY SALINAS                               ---------$         194.44

27040 SW 199 CT
HOMESTEAD, FL 33032


AUBREY G. RUDD, ESQUIRE
2100 CORAL WAY, SUITE 602
MIAMI, FL 33145


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130